# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TANYA M STORM and HENRY C. STORM,** | : | **CIVIL ACTION NO. 1:06-CV-0680** |
| | : | |
| | : | **(Judge Conner)** |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **RELIANCE FINANCE COMPANY,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 6th day of June, 2006, upon consideration of the parties' stipulation of dismissal (Doc. 5), and it appearing that the stipulation is executed by all parties and provides that the above-captioned case will be dismissed with prejudice, see FED. R. CIV. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice . . . ."), it is hereby ORDERED that the above-captioned case is DISMISSED with prejudice.

  /s/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge